## BROOKS v. STATE.
### No. 21225.

Court of Criminal Appeals of Texas.
Oct. 23, 1940.

No attorney for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

KRUEGER, Judge.

The conviction is for burglary. The punishment assessed is confinement in the state penitentiary for a term of two years.

The record is before this court without statement of facts or bills of exception. Nothing has been presented which would authorize a reversal of the conviction. The judgment of the trial court is therefore affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

## BAILEY v. STATE.
### No. 21195.

Court of Criminal Appeals of Texas.
Oct. 23, 1940.

A. A. Kern, of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

Appellant was assessed a penalty of ten years in the penitentiary upon a trial before a jury in Dallas County on indictment charging him with the offense of robbery.

The record contains no bills of exception and no statement of facts. All proceedings appear to be regular. There is, therefore, nothing for this court to consider.

The judgment of the trial court is affirmed.